IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | | |
|---|---|---|
| CJB GLOBAL IMPORTS, INC., | ) | |
| | ) | |
| | ) | 2:26-CV-00702-MJH |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| SCHEDULE A DEFENDANTS, | ) | |
| | ) | |
| Defendant, | | |

**ORDER FOLLOWING STATUS CONFERENCE**

This matter having come before the Court pursuant to Status Conference, Plaintiff's Motion for Temporary Restraining Order, Motion for Alternative Service, Motion for Leave to Conduct Expedited Discovery, it is HEREBY ORDERED that as follows:

1.      Plaintiff's Motion for Expedited Discovery (ECF No. 3) is granted as follows:

Within 7 calendar days of entry of this Order, Plaintiff may serve upon third-party online retail platforms, written discovery requests directed to the categories of information identified below, to be answered by these third-parties within 30 days of service:

- The identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;
- The Defendants' sales revenues and city and state for delivery of only infringing products and listing history related to their respective online marketplaces related to the infringing products in this Complaint.

2.      Plaintiff's  Motions  for TRO and to Show Cause why a Preliminary Injunction should not issue  (ECF No. 3) are denied as premature.

3.      Plaintiffs' Motion for Alternative Service (ECF No. 5) is denied as stated.  Prior to any Preliminary Injunction hearing, plaintiff shall file a declaration setting forth those defendants have received notice under Fed. R. Civ. P. 65.   Should plaintiff choose to issue notice by email, said declaration shall attest to the specific email address utilized, the address' connection to the particular defendant, and that the email had not bounced as undeliverable.  For service of process,  Plaintiffs must follow the rules consistent with the Federal Rules of Civil Procedure and the Hague Convention.

4.      Plaintiff is granted leave to file an Amended Complaint and any amended Motion for TRO on or before  November 6, 2026.  Upon the filing of any Amended Complaint, Amended Motion for TRO, Motion for Preliminary Injunction, or Motion for Alternative Service, the Court will promptly schedule a video hearing as appropriate.

5.      Absent further order of court extending the filing date, if no further filings of Amended Pleadings are filed on or before  November 6, 2026, the case will be dismissed for failure to prosecute.


IT IS SO ORDERED THIS 9th day of July, 2026.

                                                    BY THE COURT:


                                                    _____
                                                    MARILYN J. HORAN
                                                    United States District Judge